IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATOYA WARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cv-02336 |
| ) | |
| KIM FOXX, COOK COUNTY ) | Hon. Franklin U. Valderrama |
| STATE'S ATTORNEY, COOK ) | |
| COUNTY, and unknown county ) | |
| employees, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT FOXX'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Kim Foxx ("Defendant"), the Cook County State's Attorney, by her attorney, Kwame Raoul, Attorney General of Illinois, respectfully requests that this Court extend the time for her to answer or otherwise plead to July 11, 2022. In support of this unopposed motion, Defendant states as follows:

1. Plaintiff filed this matter on May 4, 2022.

2. Defendant's responsive pleading to the Complaint is due on May 27, 2022. (ECF No. 6).

3. Defense Counsel is newly assigned to this matter and is currently evaluating possible defenses and preparing a responsive pleading.

4. Additionally, undersigned counsel is currently preparing for a jury trial in a different matter scheduled to commence on June 23, 2022 and conclude on June 30, 2022.

5. Accordingly, Defendant requests an extension of time to answer or otherwise plead until July 11, 2022.

6. Plaintiff does not oppose this request for an extension of time.

7. This is Defendant's first request for an extension of time to answer or otherwise plead. This motion is not brought for the purpose of undue delay. No prejudice will result to the Plaintiff by the granting of this motion.

**WHEREFORE**, Defendant Foxx respectfully requests this Court extend the time to answer or otherwise plead to July 11, 2022.

Respectfully submitted,

KWAME RAOUL
*Attorney General*
*State of Illinois*

/s/ Hal B. Dworkin
HAL B. DWORKIN
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5159
Hal.Dworkin@ilag.gov