# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Latoya Ware

                Plaintiff,

v.                                                Case No.: 1:22–cv–02336

                                                           Honorable Franklin U. Valderrama

Cook County, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 27, 2022:

    MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motions, the Court grants Defendants' unopposed motions for extension of time to answer or otherwise plead [9] [11]. The deadline for Defendants to answer or otherwise plead is extended to 07/11/2022. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.