IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATOYA WARE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 22-cv-02336 |
| ) | |
| KIM FOXX, COOK COUNTY ) | Judge Franklin U. Valderrama |
| STATE'S ATTORNEY, COOK COUNTY, and ) | |
| unknown county employees, ) | |
| ) | |
| Defendants. ) | |

**ORDER IN LIEU OF ANSWER**

THIS MATTER COMING TO BE HEARD on Defendant Cook County's Motion for Entry of Order in Lieu of Answer, it is hereby ordered as follows:

(1) Plaintiff's complaint does not seek liability on the part of the County other than indemnification;

(2) the County remains in this case solely for purposes of indemnification as alleged in Count III of Plaintiff's complaint and reserves all of its defenses with respect to Count III; and

(3) the County is not obligated to answer or otherwise respond to Plaintiff's complaint.

Dated: July 7, 2022

United States District Judge
Franklin U. Valderrama