IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATOYA WARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cv-02336 |
| ) | |
| KIM FOXX, COOK COUNTY ) | Hon. Franklin U. Valderrama |
| STATE'S ATTORNEY, COOK ) | |
| COUNTY, and unknown county ) | |
| employees, ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Plaintiff and Defendant Foxx, by their attorneys, Loevy & Loevy, and the Illinois Attorney General's Office, respectfully submit this joint status report:

1. Plaintiff and Defendant Foxx have reached a settlement in principle on all claims in this matter. The parties are currently preparing settlement documents.

2. The parties request that Defendant Foxx's deadline to answer or otherwise respond to Plaintiff's Complaint be stayed pending execution of the settlement documents.

Respectfully submitted,


/s/*Josh Tepfer*
*One of Plaintiff's Attorneys*

Jon Loevy
Arthur Loevy
Scott Rauscher
Joshua Tepfer
Loevy & Loevy
311 North Aberdeen Street
Third Floor
Chicago, Illinois 60607
Phone: (312) 243-5900
scott@loevy.com

*Attorneys for Plaintiff*



/s/ *Hal Dworkin*
HAL B. DWORKIN
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5159
Hal.Dworkin@ilag.gov

*Attorney for Defendant Foxx*