IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATOYA WARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-cv-02336 |
| | ) |
| KIM FOXX, COOK COUNTY STATE'S ATTORNEY, COOK COUNTY, and unknown county employees, | ) Hon. Franklin U. Valderrama |
| | ) |
| Defendants. | ) |

## **STIPULATION TO DISMISS**

Plaintiff, Latoya Ware, by her attorney, Loevy & Loevy Attorneys at Law; and the Defendants, Kim Foxx, by her attorney, Kwame Raoul, Attorney General of Illinois; and Cook County, by its Attorney, the Cook County State's Attorney's Office; hereby stipulate to the dismissal of this case. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed, initially without prejudice and with leave to reinstate. The dismissal without prejudice will automatically convert to a dismissal with prejudice and without leave to reinstate upon payment or within 120 days from the date the stipulation is filed, whichever is earlier. If payment has not been made within 120 days from the date this stipulation is filed, Plaintiff may petition to the Court to extend the time for the dismissal to convert to a dismissal with prejudice.

2. Each party shall bear their own attorney's fees, costs, and expenses.

AGREED:

/s/ Scott Rauscher
Scott Rauscher
Counsel for Plaintiff
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
(312) 243-5900

Date: 11/3/22

/s/ Hal Dworkin
Hal Dworkin
Assistant Attorney General
Attorney for Defendant Kim Foxx
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-5159

Date: 11/3/22

/s/ David A. Adelman
David Alan Adelman
Assistant State's Attorney
Attorney for Defendant Cook County
Cook County State's Attorney's Office
Civil Actions Bureau
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3151

Date: 11/04/2022